UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOSE TECUA TELLO,

     Petitioner,

    v.                                     CAUSE NO. 3:26cv608 DRL-SJF

BRIAN ENGLISH *et al.*,

     Respondents.

## ORDER

Immigration detainee Jose Tecua Tello, by counsel, moves to voluntarily withdraw his habeas corpus petition. He says he intends to voluntarily depart the United States and no longer wishes to pursue habeas relief. In the interest of justice, this motion will be granted.

For these reasons, this action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(2). The clerk is DIRECTED to close the case.

SO ORDERED.

May 19, 2026                           *s/ Damon R. Leichty*
                                         Judge, United States District Court